# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

GERRIT J. VIS,

    Plaintiff,

vs.

AMERICAN FAMILY LIFE
ASSURANCE COMPANY OF
COLUMBUS, a Foreign Corporation,

    Defendant.

No. C 11-4008-MWB

**ORDER DISMISSING CASE**

_____

On April 21, 2011, I entered a Memorandum Opinion And Order (docket no. 17) in this case compelling arbitration, staying these court proceedings until such arbitration had been completed, and requiring the parties to file status reports, jointly or separately, not less than thirty days from the date of that order and not less than every thirty days thereafter. I note that only one status report was ever filed pursuant to that Order, and that by the defendant, on May 27, 2011. *See* Defendant's Status Report (docket no. 18). However, in a March 23, 2012, Status Report To Court On Arbitration And Motion To Dismiss (docket no. 19), the defendant asserts that the plaintiff has taken no steps to comply with the arbitration process, that the plaintiff has abandoned the case, and that dismissal is now appropriate. In an April 2, 2012, Response To Status Report And Motion To Dismiss (docket no. 20), plaintiff's counsel "concedes to the defendant's status report and does hereby move to dismiss the above action without prejudice." Under the circumstances, dismissal is appropriate.

THEREFORE, the defendant's March 23, 2012, Status Report On Arbitration (docket no. 19) is **accepted** and the defendant's March 23, 2012, Motion To Dismiss (docket no. 19) is **granted.** This matter is **dismissed without prejudice.**

**IT IS SO ORDERED.**

**DATED** this 3rd day of April, 2012.

*[signature: Mark W. Bennett]*

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA